AO 440 (Revised 06/12) Summons in A Civil Case

# UNITED STATES DISTRICT COURT
## DISTRICT OF SOUTH CAROLINA

**CHARLESTON DIVISION**

| | |
|---|---|
| BROADCAST MUSIC, INC.; WARNER-TAMERLANE PUBLISHING CORP.; EMI BLACKWOOD MUSIC INC.; SONY/ATV LATIN MUSIC PUBLISHING LLC,<br><br>                      Plaintiffs,<br><br>  v.<br><br>CAINES ENTERPRISES, INC. d/b/a PAWLEYS ISLAND TAVERN; REBECCA CAINES and GRETCHEN TENDER, each individually,<br><br>                      Defendants. | Civil Action No. 2:25-cv-00591-BHH |

**SUMMONS IN A CIVIL ACTION**

**TO:**    Caines Enterprises, Inc. d/b/a Pawleys Island Tavern
          c/o Rebecca S. Caines, Registered Agent
          67 Old Tram Way
          Pawleys Island, South Carolina  29585

          Rebecca Caines
          67 Old Tram Way
          Pawleys Island, South Carolina  29585

          Gretchen Tender
          10635 Ocean Highway
          Pawleys Island, South Carolina  29585

          A lawsuit has been filed against you.

       Within 21 days after service of this summons on you (not counting the day you received it) – or 60 days if you are in the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12(a)(2) or (3) – you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney,

whose name and address is:

>Bernie W. Ellis
>Burr & Forman LLP
>Post Office Box 447
>Greenville, SC 29602

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint.  You must file your answer or motion with the court.



*Clerk of Court*

Date: 1/31/2025

s/R. Heinen

*Signature of Clerk or Deputy Clerk*

AO 440 (Rev 06/12) Summons in a Civil Action

## PROOF OF SERVICE

*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (1))*

Service of the Summons and Complaint was made by me[1]      DATE

NAME OF SERVER (PRINT)      TITLE

*Check one box below to indicate appropriate method of service*

☐    Served personally upon the defendant. Place where served: _____
_____

☐    Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.
Name of person with whom the summons and complaint were left: _____

☐    Returned unexecuted: _____
_____
_____

☐    Other (specify): _____

## STATEMENT OF SERVICE FEES

TRAVEL      SERVICES      TOTAL

## DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on _____     _____
                  *Date*                        *Signature of Server*

                                           _____
                                           *Address of Server*

1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.